**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TINA GIANNICO EVANS,

        Plaintiff,

v.                                    Case No:  6:15-cv-1998-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of the final decision of the Commissioner of Social Security denying application for a period of disability and disability insurance benefits (Doc. 1) filed on November 24, 2015. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 19, 2016 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Claimant, and close the file.

**DONE AND ORDERED** in Orlando, Florida on January 10, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties